### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BRIAN CECCANTI, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:21-cv-195-TFM-MU |
| ) | |
| THURMAN R. THOMAS, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order that was entered in this matter on December 13, 2023 (Doc. 83), **JUDGMENT** is hereby entered in favor of Defendant Thurman R. Thomas and against Plaintiffs Brian and Emily Ceccanti as to their sole claim for specific performance.

The **CLERK OF COURT** is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 13th day of December 2023.

> /s/ Terry F. Moorer
> TERRY F. MOORER
> UNITED STATES DISTRICT JUDGE